UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FERRARO FOODS OF NORTH CAROLINA, LLC,**<br>1813 Baker Road<br>High Point, NC 27263-2005,<br>on behalf of itself and all others similarly situated,<br><br>         **Plaintiff,**<br><br>v.<br><br>**ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION, INC., KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,**<br><br>         **Defendants.** | Case: 1:07-cv-01121<br>Assigned To : Collyer, Rosemary M.<br>Assign. Date : 6/22/2007<br>Description: Antitrust |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned counsel of record for FERRARO FOODS OF NORTH CAROLINA, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of FERRARO FOODS OF NORTH CAROLINA, LLC that have outstanding securities in the hands of the public:

<u>THERE ARE NONE</u>

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 22, 2007          By: _____
Michael D. Hausfeld (D.C. Bar #153742)
Benjamin D. Brown (D.C. Bar #495836)
**COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Phone: (202) 408-4600
Fax: (202) 408-4699
Email: mhausfeld@cmht.com, bbrown@cmht.com

Mark A. Griffin
Raymond Farrow
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
Email: mgriffin@kellerrohrback.com,
rfarrow@kellerrohrback.com

Joseph T. Piscitello
**LAW OFFICES OF JOSEPH T. PISCITELLO**
234 Delancey Street
Philadelphia, PA 19106
Phone: (215) 636-9988
Fax: (215) 636-9987
Email: jtplaw@jtplegal.com

*Attorneys for Plaintiff Ferraro Foods of North Carolina, LLC and the Proposed Class*