IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FERRARO FOODS OF NORTH CAROLINA, LLC, on behalf of itself and all others similarly situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br><br>                  Defendants. | Civil Action No. 07-CV-01121 (PLF) |

**STIPULATION AND AGREED ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for defendants and plaintiff, as follows:

WHEREAS at least 18 actions raising similar allegations as those made in the complaint herein have been filed in various jurisdictions, including this one, and motions have been filed with the Judicial Panel on Multidistrict Litigation ("Panel") to consolidate and transfer all such actions before a single court; and

WHEREAS plaintiff and defendants agree that, in the interest of judicial economy, defendants need not answer or otherwise respond to the complaint in this matter until a decision has been rendered by the Panel on the pending consolidation and transfer motions;

THEREFORE, IT IS STIPULATED AND AGREED that, subject to the Court's approval;

1. The time within which all defendants are to move, answer, or otherwise plead in response to the complaint in this action is extended until after the Panel consolidates this case and other similar cases and the transferee Court establishes a scheduling order for responses;

2. The defendants' entry into this stipulation shall not constitute a waiver of any defense, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The defendants expressly reserve their right to raise all defenses in response to the complaint herein and any subsequent amended complaint which may be filed;

3. For the purpose of this action only, defendants agree that defense counsel designated below for each defendant is authorized to accept service of the complaint filed herein on behalf of the defendant represented by each such counsel;

4. In the event defendants answer or otherwise respond to the complaint in a similar action at an earlier date in another jurisdiction, defendants shall file their answer or otherwise respond to the complaint in this action by the same date as in the other similar action.

| | |
|---|---|
| _/s/ Benjamin D. Brown (GW by permission)_ | _/s/ Gary A. Winters_____ |
| Michael D. Hausfeld (D.C. #153742) | Richard J. Favretto (D.C. Bar #156588) |
| Benjamin D. Brown (D.C. Bar #495836) | Mark W. Ryan (D.C. Bar #359098) |
| COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C. | Gary A. Winters (D.C. Bar #439376) |
| 1100 New York Avenue, N.W. | MAYER, BROWN, ROWE & MAW LLP |
| Suite 500, West Tower | 1909 K Street, N.W. |
| Washington, D.C. 20004 | Washington, D.C. 20006 |
| *Attorneys for Plaintiff Ferraro Foods of North Carolina, LLC* | *Attorneys for Defendant BNSF Railway Company* |

        Richard McMillan, Jr. (D.C. Bar # 169946)
        Kent A. Gardiner (D.C. Bar # 432081)
        Kathryn D. Kirmayer (D.C. Bar # 424699)
        CROWELL & MORING LLP
        1001 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        *Attorneys for Defendant CSX Transportation, Inc.*

        Alan M. Wiseman (D.C. Bar #187972)
        Joseph A. Ostoyich (D.C. Bar #436157)
        HOWREY LLP
        1299 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004

        Tyrone R. Childress
        David G. Meyer
        HOWREY LLP
        550 South Hope Street, Suite 110
        Los Angeles, CA 90071
        *Attorneys for Defendant Union Pacific Railroad Company*

        John M. Nannes (D.C. Bar #195966)
        SKADDEN ARPS SLATE MEAGHER & FLOM LLP
        1440 New York Avenue, N.W.
        Washington, D.C. 20005
        *Attorneys for Defendant Norfolk Southern Railway Company*

        Reid L. Ashinoff (D.C. Bar # 949180)
        Michael S. Gugig
        SONNENSCHEIN, NATH & ROSENTHAL LLP
        1221 Avenue of the Americas
        New York, NY 10020
        *Attorneys for Defendant Kansas City Southern Railway Company*

Dated July 3, 2007

SO ORDERED this ___day of July, 2007

_____
United States District Judge